**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**MILTON ESACH AMPAM,**

**Petitioner,**

**v.** **Civil Action No. 3:26-cv-829**

**MARKWAYNE MULLIN, *et al.*,**

**Respondents.**

**MEMORANDUM ORDER**

This matter comes before the Court on Petitioner Milton Esach Ampam's Petition for Writ of Habeas Corpus (the "Petition") pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Petition complies with Rule 2 of the Rules Governing Section 2254 Cases.[1]

It appearing to this Court that the factual circumstances and legal issues presented in the Petition are materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2), it is ORDERED that Respondents SHALL file, within five (5) days, either a Notice indicating that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Duarte Escobar v. Perry*, 3:25-cv-758 (E.D. Va.), or an Opposition to the Petition discussing the material differences between *Duarte Escobar* and the Petition.

---

[1] Rule 1(b) of the Rules Governing § 2254 cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

It is FURTHER ORDERED that if Respondents file a Notice that there are no material differences between the Petition and *Duarte Escobar*, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding, and this Court will issue a ruling without further filings from the parties.

It is FURTHER ORDERED that if Respondents file an Opposition to the Petition, the Petitioner shall file any reply in further support of the Petition within three days of the date of entry of any Opposition by Respondents.

It is FURTHER ORDERED that Petitioner IS NOT to be removed or transferred from this district for any reason without this Court's permission until the Court has ruled on the Petition. If Petitioner has already been removed or transferred from this district, it is ORDERED that Petitioner IS NOT to be removed or transferred again without this Court's permission until the Court has ruled on the Petition.

The Clerk is DIRECTED to forward a copy of this Order to all counsel of record and the United States Attorney's Office for the Eastern District of Virginia, Richmond Division.

It is SO ORDERED.

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 8/20/26
Richmond, Virginia